# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:13-cr-00132-LDG-VCF |
| vs. | **MINUTE ORDER** |
| RAMZI SULIMAN, et al., | |
| Defendants. | [Plaintiff's Motion to Unseal Related Search Warrants (#20) and Amended Motion to Unseal Related Search Warrants (#21)] |

Before the Court are Plaintiff's Motion to Unseal Related Search Warrants (#20) and Amended Motion to Unseal Related Search Warrants (#21). The Amended Motion to Unseal Related Search Warrants (#21) contains only the signature page. On May 22, 2013, the corrected image of the Amended Motion was filed. (#22).

On May 23, 2013, the Amended Motion to Unseal Related Search Warrant (#22) was GRANTED.

IT IS HEREBY ORDERED that Plaintiff's Motion to Unseal Related Search Warrants (#20) and Amended Motion to Unseal Related Search Warrants (#21) are DENIED as MOOT.

DATED this 23rd day of May, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE